IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Roy Gene Smith, | ) Civil Action No. 1:10-878-TLW |
|     Plaintiff, | ) |
| v. | ) |
| Michael J. Astrue,<br>Commissioner of Social Security, | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed September 30, 2011. Plaintiff seeks an award of attorney's fees in the amount of $8,400.00. The Commissioner filed a Response in which he notified the Court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $6,300.00 in attorney's fees.

The Court has reviewed the fee motion and response and finds the compromise settlement reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees pursuant to the EAJA be granted in the amount of $6,300.00 in attorney's fees.

Terry L. Wooten
United States District Judge

October 24, 2011.
Florence, South Carolina